[No. 10116-5-II. Division Two. December 22, 1987.]

WULF–DIETRICH RESNIK, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84-2-00490-5, Robert J. Doran, J., entered June 12, 1986. *Affirmed in part, reversed in part,*

and *remanded* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.